**SLIP OP. 01-47**

**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HONORABLE JAMES L. WATSON, SENIOR JUDGE**
-------------------------------------------------------------X

| | |
|---|---|
| **SANYO ELECTRIC CO., LTD, and SANYO** : | **COURT NO. 88-03-00216** |
| **ELECTRIC INC.,** | |

                                       :

                 **Plaintiff,**

                                       :

        v.

                                       :

**UNITED STATES,**

                                       :

                 **Defendant.**

-------------------------------------------------------------X

## JUDGMENT

      In this case, issue was joined on November 3, 1988. No action has been taken by plaintiff to prosecute this case since August 15, 1989, on which date the plaintiff's attorneys filed Notice of Change of Address. Accordingly, this action is dismissed for lack of prosecution.


DATED: April 17, 2001                     _____
      New York, New York                 James L. Watson, Senior Judge